IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CONSPIRATORS,              )
                           )
            Plaintiffs,    )
                           )
      v.                   )      Civil Action No. 09-82J
                           )
DR. CHANDAN S. VORA,       )
                           )
            Defendant.     )

## MEMORANDUM AND ORDER OF COURT

By memorandum and order of court dated April 6, 2009 (the "April 6, 2009 order"), the court dismissed Dr. Chandan S. Vora's purported "petition for removal" in the above-captioned matter for lack of jurisdiction and as otherwise frivolous. Dr. Vora then filed a motion to vacate the court's April 6, 2009 order, as well as a motion for extension of time to file a petition for rehearing, both of which this court denied in a memorandum and order dated April 27, 2009 (the "April 27, 2009 order").

On May 21, 2009, Dr. Vora filed a motion to vacate the court's April 27, 2009 order (Document No. 10). In addition, on May 27, 2009, Dr. Vora appealed this court's April 27, 2009 order to the United States Court of Appeals for the Third Circuit. On September 21, 2009, the Third Circuit entered an order dismissing Dr. Vora's appeal.

As Dr. Vora's case previously was dismissed by prior order of this court, and the Third Circuit also has dismissed Vora's appeal in this case, the court finds that Dr. Vora's motion to vacate the

AO 72
(Rev. 8/82)

court's April 27, 2009 order (Document No. 10) must be denied as moot.

Further, pursuant to this court's order entered on October 21, 2008, at Misc. No. 08-104 (Document No. 5), the Clerk's Office personnel shall not accept from Dr. Vora any additional pleadings or documents in this case, because the case has been dismissed and closed by the district court, appealed to the United States Court of Appeals for the Third Circuit, and dismissed by the Court of Appeals.

An appropriate order will follow.

O R D E R

AND NOW, this ___6th___ day of October, 2009, for the reasons set forth in the memorandum above, IT IS ORDERED that defendant Chandan S. Vora's motion to vacate (Document No. 10) be, and the same hereby is, denied as moot.   IT FURTHER IS ORDERED that pursuant to this court's October 21, 2008, order entered at Misc. No. 08-104, the Clerk's Office personnel shall not accept from Dr. Vora any additional pleadings or documents in this case.

Gustave Diamond
United States District Judge

cc:  Dr. Chandan S. Vora
     511 Robb Avenue
     Johnstown, PA  15901